UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61991-BB

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

1 GLOBAL CAPITAL LLC, and
CARL RUDERMAN,

      Defendants, and

1 WEST CAPITAL LLC,
BRIGHT SMILE FINANCING, LLC,
BRR BLOCK INC.,
DIGI SOUTH LLC,
GANADOR ENTERPRISES, LLC,
MEDIA PAY LLC
PAY NOW DIRECT LLC, and
RUDERMAN FAMILY TRUST,

      Relief Defendants.
_____/

## RECEIVER'S MOTION TO EMPLOY
## LEGAL COUNSEL AND PARALEGALS *NUNC PRO TUNC*

The Court-appointed receiver, Jon A. Sale (the "Receiver"), not individually, but solely in his capacity as receiver (the "Receiver") for Bright Smile Financing, LLC; BRR Block Inc.; Digi South LLC; Ganador Enterprises, LLC; Media Pay LLC; and Pay Now Direct LLC (the "Receivership Entities"), by and through his undersigned counsel, respectfully submits this Motion to Employ Legal Counsel and Paralegals *Nunc Pro Tunc* as of August 23, 2018. In support, the Receiver states:

1.      The Securities & Exchange Commission ("SEC") initiated this action on August 23, 2018 [D.E. 1]. That same day, the Court entered a sealed order appointing Jon A. Sale, Esq. as Receiver for the Receivership Entities (the "Receivership Order").

2.      Pursuant to the Receivership Order, the Receiver is obligated to, among other things: (i) take immediate possession of the Receivership Entities' property, assets, and estates of every kind; (ii) investigate the manner in which the affairs of the Receivership Entities were conducted and institute actions and proceedings for the benefit of investors and other creditors; and (iii) present periodic reports to the Court. *See* Receivership Order at ¶¶ 1-3.

3.      To assist in these efforts, the Receivership Order allows the Receiver to "[a]ppoint one or more special agents, employ legal counsel, actuaries, accountants, clerks, consultants and assistants as the Receiver deems necessary and to fix and pay their reasonable compensation and reasonable expenses[.]" *See* Receivership Order at ¶ 4. Accordingly, the Receiver seeks to appoint and retain the law firm of Nelson Mullins Broad and Cassel (the "Firm") to provide him with legal advice, counsel, and assistance in this matter.

4.      In consideration for the Firm representing the Receiver, the Receiver shall pay the Firm attorneys' fees based on the time expended by its lawyers and paralegals. The Firm's lawyers and paralegals will work at significantly reduced rates for the benefit of the Receivership estate and all investors and creditors. The Firm will charge the following rates for this engagement:

- The Receiver, Mr. Sale, of counsel at the Firm, will reduce his standard hourly rate of $775 by 23%, charging a $600 hourly rate in this and any related action.

- The hourly billing rates for partners at the Firm's Miami office range from $485 to $750, but the Firm will cap its hourly rate for work performed by partners in this and any related action at $500, such that the Firm will bill partners at the lower of $500 or their standard rates. For example, the standard hourly rate for the lead bankruptcy attorney

on the matter is $625, but the Firm will bill this attorney at $500, a discount of 20%.

- The hourly billing rates for associates at the Firm's Miami office range from $280 to $410, but the Firm will cap its hourly rate for work performed by associates in this and any related action at $350, such that the Firm will bill associates at the lower of $350 or their standard rates.

- The hourly billing rates for paralegals at the Firm's Miami office range from $180 to $210, but the Firm will cap its hourly rate for work performed by paralegals in this and any related action at $175, such that the Firm will bill paralegals at the lower of $175 or their standard rates.

WHEREFORE, the Receiver respectfully requests that this Court enter the attached proposed order appointing Nelson Mullins Broad and Cassel as legal counsel for the Receiver as of August 23, 2018, and for such other and further relief as the Court deems just and proper.

Dated:  August 30, 2018.

NELSON MULLINS BROAD AND CASSEL
Attorneys for Receiver
One Biscayne Tower, 21st Floor
2 S. Biscayne Boulevard
Miami, FL  33131
Telephone: 305.373.9400
Facsimile: 305.995.6449

By:___s/Daniel S. Newman_____
       Daniel S. Newman
       Florida Bar No. 0962767
       Gary Freedman
       Florida Bar No. 727260
       Jonathan Etra
       Florida Bar No. 0686905

## CONFERRAL CERTIFICATE

Counsel for the SEC has indicated that it does not object to the relief herein. Counsel for the Receiver does not believe it is appropriate or necessary to confer with counsel for the Defendants as it relates to this relief.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

s/Daniel S. Newman
Daniel Newman

4

## SERVICE LIST

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br>Miami Regional Office<br>801 Brickell Avenue, Suite 1800<br>Miami, Florida  33131<br>Robert K. Levenson<br>Chris Martin<br>Senior Trial Counsel<br>levensonr@sec.gov<br>martinc@sec.gov<br>Telephone: 305.982.6300<br>Facsimile: 305.536.4154 | **MARCUS NEIMAN & RASHBAUM LLP**<br>2 South Biscayne Boulevard<br>Suite 1750<br>Miami, Florida 33131<br>Jeff Marcus<br>jmarcus@mnrlawfirm.com<br>Telephone: 305.400.4262<br>*Attorneys for Defendant Carl Ruderman* |
| **GREENBERG TRAURIG, LLP**<br>333 S.E. 2nd Ave., Suite 4400<br>Miami, FL 33131<br>Paul J. Keenan Jr.<br>keenanp@gtlaw.com<br>Telephone: 305.579.0500<br>*Attorneys for Defendant 1 Global Capital, LLC and*<br>*Relief Defendant 1 West Capital, LLC* | |