UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61991-BLOOM/Valle

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

1 GLOBAL CAPITAL LLC, and
CARL RUDERMAN,

        Defendants, and

1 WEST CAPITAL LLC,
BRIGHT SMILE FINANCING, LLC,
BRR BLOCK INC.,
DIGI SOUTH, LLC,
GANADOR ENTERPRISES, LLC,
MEDIA PAY LLC,
PAY NOW DIRECT LLC, and
RUDERMAN FAMILY TRUST,

        Relief Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Receiver Jon A. Sale's ("Receiver") Motion for Approval of Settlement Agreement with American Express, ECF No. [267] ("Motion"), filed on September 17, 2020. Upon review of the record and the parties' documented basis for a settlement, the Court finds that the proposed Settlement Agreement is fair and reasonable.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [267]**, is **GRANTED**.

2. The Settlement Agreement and Release, **ECF No. [267-1]** ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety, subject to the limited objection procedure described in the Motion.

Case No. 18-cv-61991-BLOOM/Valle

3. The Receiver is authorized to enter into and carry out the terms of the Settlement Agreement.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 2, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record